No. 2186.—EL PUEBLO, APDO., *v.* PORTO RICO THEATRICAL COR., APLTE.—C. D. San Juan, Distrito 1º. Infracción de ordenanzas municipales. Moción del fiscal sobre eliminación. Mayo 26, 1924. Este caso y los que llevan los números 2171 al 2189 fueron sometidos a la decisión de la corte de distrito mediante una estipulación que forma parte del récord y de la cual aparece que la contribución a que se refiere la denuncia no fué satisfecha por el acusado por alegar éste que la ordenanza que la impone es nula y anticonstitucional, de acuerdo con los hechos y los fundamentos alegados por la demandante en el caso sobre certiorari No. 910 de *López Ramírez et al.* v. *Diez de Andino;* que la evidencia presentada en dicho caso de *certiorari* se entiende presentada en éste y de igual modo se tenga por presentada una copia certificada por el secretario de la corte, de las ordenanzas municipales que presentó el demandado en el mismo caso de *certiorari;* y apareciendo además que el documento que se trata de agregar a la transcripción es la petición de *certiorari* No. 910 con las ordenanzas y reglamentos unidos a la misma debidamente certificado por el secretario de la corte de distrito, no siendo por tanto, necesaria en tal caso una exposición que requiera la aprobación del juez sentenciador, estando todo perfectamente certificado, se declaró no haber lugar a la eliminación solicitada. El Juez Asociado Sr. Franco Soto disintió.

No. ———.—EL PUEBLO, APDO., *v.* SOTO, APLTE.—C. D. Mayagüez. Desacato por perjurio. Mayo 31, 1924. Revocada la sentencia y absuelto el acusado por los fundamentos del caso No. 2157 de *El Pueblo* v. *Aquino,* de mayo 31, 1924, (pág. 255.)